IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 4, 2007

No. 07-60215

Charles R. Fulbruge III
Clerk



In Re: AARON FINLEY

        Movant

---

Transfer from the United States District Court for
Southern District of Mississippi, Jackson
USDC No. 4:07-CV-12

---

CLERK'S OFFICE:

        Under 5TH CIR. R. 42.3, Authorization to file a Successive Habeas Corpus Petition is denied for failure to comply with this Court's notice of March 15, 2007.

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: _Angelique D. Batiste_
        Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

